IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAYMOND DARNELL JOHNSON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12-cv-00152 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DIRECTOR VDOC, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendant's motion to dismiss (Docket No. 17) is **GRANTED**; Johnson's motion for summary judgment (Docket No. 23) is **DENIED**; Johnson's "motion for [a] constitutional court trial" is **DISMISSED** as moot; and the Clerk is **DIRECTED** to **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 6th day of December, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE